PUTNAM and another, Appellants, vs. RUTLEDGE and others, Respondents.

*January 28 — February 25, 1890.*

*Burrows v. Rutledge, ante, p. 22, followed.*

APPEAL from the Circuit Court for *Price* County.

*B. J. Stevens,* for the appellants.

For the respondents *Rutledge, Dirimple,* and *McKinzie* there was a brief by *Jenkins & Jenkins,* and oral argument by *J. J. Jenkins.*

*H. W. Chynoweth,* for the respondent *Anderson.*

COLE, C. J. The question involved in this case is the same as that decided in the case of *Burrows v. Rutledge, ante,* p. 22, and is ruled by that decision.

*By the Court.*— The order of the circuit court is reversed, and the case is remanded for further proceedings.